

**FILED**
DISTRICT COURT OF GUAM
NOV 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>HAK IM KIM<br>Defendant. | CRIMINAL CASE NO. 03-00056-001 |

**Re: Report and Order Terminating Term of Supervised Release**

On November 21, 2003, Hak Im Kim was sentenced in the District Court of Guam to time served (168 days) followed by two years supervised release for the offense, Fraudulent Misuse of a Visa, in violation of 18 U.S.C. § 1546(a). On that same day, Ms. Kim was released from the custody of the Federal Bureau of Prisons to the custody of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement pursuant to a detainer.

On December 3, 2003, Ms. Kim was deported to Korea by the Bureau of Immigration and Customs Enforcement, and has remained outside the United States since. Ms. Kim's term of supervised release expired on November 19, 2005. Therefore, it is recommended that he be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this _29th_ day of November 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _/s/_
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:
_/s/_
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
John Gorman, Federal Public Defender
Guam Bureau of Immigration and Customs Enforcement
File

**ORIGINAL**

Report and Order Terminating Term of Supervised Release
Re:    KIM, Hak Im
USDC Cr. Cs. No. 03-00056-001
November 29, 2005
Page 2

****************************************************************************

## ORDER OF THE COURT

IT IS SO ORDERED this day 30th of November 2005, that Hak Im Kim be discharged from supervised release and that the proceeding in the case be terminated.

_____
JOAQUIN V.E. MANIBUSAN, JR.,
U.S. MAGISTRATE JUDGE



RECEIVED
NOV 3 0 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM